PROB 12C
(7/93)

Report Date: June 5, 2015

# United States District Court

for the

Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN - 8 2015

SEAN F. McAVOY, CLERK
                    DEPUTY
YAKIMA, WASHINGTON**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Albert Zuniga     Case Number: 0980 2:08CR02097-LRS-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 10, 2009

Original Offense:       Conspiracy, 18 U.S.C. § 371

Original Sentence:      Prison 43 months;          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Thomas J. Hanlon           Date Supervision Commenced: November 14, 2012

Defense Attorney:       Rick Lee Hoffman           Date Supervision Expires: November 13, 2015

### PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 03/11/2015.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Zuniga failed to provide proof of employment to his probation officer as of June 5, 2015.<br><br>On April 2, 2015, Mr. Zuniga was directed to provide proof of his employment. Mr. Zuniga has been reporting he works for Jesse Sandoval. Mr. Zuniga agreed to provide proof for the entire year of 2014 by April 17, 2015. On May 6, 2015, this officer reminded Mr. Zuniga he failed to provide proof of his employment as previously directed. Mr. Zuniga once again |

made promises he would have those records to this officer by May 12, 2015. Mr. Zuniga has yet to provide employment records as directed as of June 5, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 5, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/8/15
Date